SEYFARTH SHAW LLP
Lorraine H. O'Hara (State Bar No. 170153)
lohara@seyfarth.com
Joshua A. Rodine (State Bar No. 237774)
jrodine@seyfarth.com
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
ALLIED WASTE SYSTEMS, INC. dba ALLIED WASTE SERVICES OF CHULA VISTA
(erroneously named "Allied Waste Services of Chula Vista")

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO VAZQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED WASTE SERVICES OF CHULA VISTA, a form of business entity unknown; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 08 CV 1473 WQH (AJB)<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(D)**<br><br>(San Diego County Superior Court Case No. 37-2008-00071315-CU-OE-SC)<br><br>Complaint Filed: June 25, 2008<br>Complaint Served: July 15, 2008 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

///
///
///
///
///
///
///
///

LA1 6718069.1   NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(D)

1     PLEASE TAKE NOTICE that on August 14, 2008, Defendant Allied Waste Systems, Inc. dba Allied Waste Services of Chula Vista (erroneously named "Allied Waste Services of Chula Vista") filed with the Superior Court in the State of California, County of San Diego, its Notice to the State Court of Removal of the above-captioned action and notified Plaintiff of the removal, in compliance with 28 U.S.C. Section 1446(d). A true and correct copy of the Notice to State Court of Removal is attached hereto, without exhibits, as **Exhibit 1.**

DATED: August 14, 2008

SEYFARTH SHAW LLP

By_____
Joshua A. Rodine
Attorneys for Defendant
ALLIED WASTE SYSTEMS, INC. dba
ALLIED WASTE SERVICES OF CHULA
VISTA (erroneously named "Allied Waste
Services of Chula Vista")

# Exhibit 1

COPY

FILED
SOUTH COUNTY

2008 AUG 14 A 10:55

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

1  SEYFARTH SHAW LLP
   Lorraine H. O'Hara (State Bar No. 170153)
2  lohara@seyfarth.com
   Joshua A. Rodine (State Bar No. 237774)
3  jrodine@seyfarth.com
   2029 Century Park East, Suite 3300
4  Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Attorneys for Defendant
   ALLIED WASTE SYSTEMS, INC. dba ALLIED WASTE SERVICES OF CHULA VISTA
7  (erroneously named "Allied Waste Services of Chula Vista")

8

9           SUPERIOR COURT OF CALIFORNIA

10          COUNTY OF SAN DIEGO - SOUTHERN      BY FAX

11 | MARCO ANTONIO VAZQUEZ, an          ) Case No. 37-2008-00071315-CU-OE-SC
   | individual,                         )
12 |                                     ) **NOTICE TO STATE COURT AND TO**
   |          Plaintiff,                 ) **ADVERSE PARTY OF REMOVAL TO**
13 |                                     ) **FEDERAL COURT**
   |    v.                               )
14 |                                     ) Judge: William S. Cannon
   | ALLIED WASTE SERVICES OF CHULA      ) Dept./Place: S-04
15 | VISTA, a form of business entity unknown; and )
   | DOES 1 through 20, Inclusive,       )
16 |                                     ) Complaint Filed: June 25, 2008
   |          Defendants.                ) Complaint Served: July 15, 2008
17 |_____)

18

19     TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,

20 COUNTY OF SAN DIEGO AND TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that on August 13, 2008, Defendant Allied Waste Systems,

22 Inc. dba Allied Waste Services of Chula Vista (erroneously named "Allied Waste Services of

23 Chula Vista") filed with the United States District Court for the Southern District of California a

24 Notice of Removal of the above-captioned action from the Superior Court of the State of

25 California for the County of San Diego. Attached hereto as Exhibit A is a true and correct copy

26 of that Notice of Removal with its attached exhibits.

27 \\\

28 \\\

LA1 6718060.1             NOTICE TO STATE COURT OF REMOVAL

The Superior Court of the State of California for the County of San Diego is hereby advised to proceed no further with this matter unless and until the case is remanded.

DATED: August 13, 2008

SEYFARTH SHAW LLP

By _____
Joshua A. Rodine
Attorneys for Defendant
ALLIED WASTE SYSTEMS, INC. dba
ALLIED WASTE SERVICES OF CHULA VISTA (erroneously named "Allied Waste Services of Chula Vista")

2

NOTICE TO STATE COURT OF REMOVAL

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                      ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3300, Los Angeles, California 90067-3063. On August 13, 2008, I served the within documents:

Notice to State Court and to Adverse Party of Removal to Federal Court

☐ I sent such document from facsimile machine (310) 201-5219 on August 12, 2008. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

Douglas E. Geyman, Esq.
Law Office of Douglas E. Geyman
750 B Street, Suite 2635
San Diego, California 92101
Tel: (619) 232-3533
Fax: (619) 232-3593

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

LA1 6718591.1

1  I declare that I am employed in the office of a member of the bar of this court whose
2  direction the service was made.

3  Executed on August 13, 2008, at Los Angeles, California.

*/s/ Jodi Snyder*
Jodi Snyder

LA1 6718591.1

-2-